J S - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL SCARINCI SCHLOSS, Special Administrator for the Estate of EDWARD JAMES SCHLOSS,<br><br>*Plaintiff,*<br><br>v.<br><br>QUANTUM MATERIALS CORP., a Nevada Corporation; SOLTERRA RENEWABLE TECHNOLOGIES, INC., a Delaware Corporation; STEPHEN SQUIRES, an individual; and ROBERT PHILLIPS, an individual; and DOES 1 through 50, inclusive,<br><br>*Defendants*<br><br>AND ALL RELATED CROSS ACTIONS | Case No. 5:22-cv-00460-JWH (SHKx)<br><br>**ORDER ON PLAINTIFF'S EX PARTE APPLICATION TO REMAND, OR, ALTERNATIVELY, FOR AN ORDER SHORTENING TIME FOR A HEARING ON PLAINTIFF'S MOTION TO REMAND**<br><br>**NOTE CHANGES MADE BY COURT** |

Pending before the Court is the *Ex Parte* Application of Plaintiff Cheryl Scarinci Schloss, Special Administrator for the Estate of Edward James Schloss, for an Order to Remand, or, Alternatively for an Order Shortening Time for a Hearing on a Motion to Remand ("Application"). Having considered the Application, all papers and arguments in support of the Application, in the absence of any opposition, and finding good cause appearing thereon, the Court hereby **ORDERS** as follows:

1. The Application is **GRANTED** in part.
2. This action is **REMANDED** to Riverside County Superior Court.
3. To the extent that Plaintiff seeks any other form of relief through her Application, it is **DENIED**.

**IT IS SO ORDERED.**

Dated: April 4, 2022

John W. Holcomb
UNITED STATES DISTRICT JUDGE